UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**STATE OF NEW JERSEY,**   :   Hon. Susan D. Wigenton

    Plaintiff,   :   Criminal No. 10-308

v.   :   _____

**JANET MACK,**   :   **ORDER DISMISSING THE COMPLAINT FOR LACK OF JURISDICTION**

    Defendant.   :

THIS MATTER having been opened to the Court on motion of Defendant, Janet Mack, by hers attorney, Paul J. Fishman, United States Attorney, District of New Jersey (Peter G. O'Malley, Assistant United States Attorney, appearing), and the Orange Municipal Prosecutor, Connie Bentley McGhee, appearing on behalf of the State of New Jersey, and the Court having considered all papers submitted, the arguments of the movant and the respondent, if any, and for good cause having been shown, therefore;

IT IS on this 6th day of December, 2010;

**ORDERED** that Defendant's motion to dismiss the complaint for lack of jurisdiction, be and the same hereby is GRANTED; and it is further

**ORDERED** that the complaint be and the same hereby is dismissed with prejudice; the Court lacking jurisdiction to adjudicate the matter.*

                                                  SUSAN D. WIGENTON
                                                  United States District Judge

*No opposition has been filed. This matter was previously removed to this court on May 4, 2010. Plaintiff have further failed to prosecute this matter